NUMBER 13-00-774-CR

 COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________ 


YESENIA DE LA FUENTE , Appellant, 


v.

 THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 



On appeal from the 347th District Court 

of Nueces County, Texas.

 ___________________________________________________________________ 


O P I N I O N

 Before Justices Dorsey, Rodriguez, and Castillo

 Opinion Per Curiam

 

 Appellant, YESENIA DE LA FUENTE , perfected an appeal from a judgment entered by the 347th District Court of
Nueces County, Texas, in cause number 97-CR-355-H . On January 10, 2001, we abated the appeal and remanded to the
trial court to determine if appellant wishes to prosecute. The appellant has now filed a motion to dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a). 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Accordingly, we withdraw our order abating the appeal and
remanding to the trial court, granting appellant's motion to dismiss the appeal. The appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 1st day of February, 2001 .